■ In the Matter of the Accounting of the PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, as Administrator of the Estate of HARRY PASIALIS, Deceased, Respondent. PAUL ANAYANNIS, Appellant; HENRY E. COLEMAN, Respondent.— Order, entered on August 12, 1960, denying appellant's motion for a new trial on the ground of newly discovered evidence, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ RAMAPO ROCKLAND CORPORATION et al., Respondents, v. MERCHANTS AND BUSINESS MEN'S MUTUAL INSURANCE COMPANY et al., Appellants.— Order, entered on September 9, 1960, as denies defendants-appellants' motion for a joint trial of the law and equity issues in this action and as directs the parties to proceed with the equity portion of the action in the first instance, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ GLENN W. SMITH, Respondent, v. HORN CONSTRUCTION CO., INC., Appellant.— Order, entered on October 20, 1960, granting plaintiff a trial preference pursuant to rule 151 of the Rules of Civil Practice, unanimously reversed upon the law and upon the facts, with $20 costs and disbursements to the appellant, and the motion denied without prejudice to renewal of motion upon proper proofs. The plaintiff on this motion has failed to submit proper medical proof showing his present physical condition or inability to work, has failed to submit complete factual detail showing destitution or indigence, and has failed in general to present unequivocal proof of the special circumstances required to warrant the granting of a preference under said rule 151. (See *Dodumoff* v. *Lyons,* 4 A D 2d 626; *Goldin* v. *Malone Dairy Co.,* 209 App. Div. 341, 342; *Bitterman* v. *2007 Davidson Ave.,* 278 App. Div. 759; *Sheehan* v. *Behr,* 1 A D 2d 1037; *Brown* v. *Upfold,* 204 Misc. 416, 419.) Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, on the Petition of FRANCES KAHN, ex rel. JOSEPH CORBO, Appellant, v. MILTON KLEIN, as Warden of Bronx City Prison, Respondent.— Order, entered on July 21, 1960, dismissing a writ of habeas corpus, unanimously affirmed. No opinion. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ HARRY JACOBS, Respondent, v. ROSE LOW, Appellant.— Order, entered on November 30, 1960, granting plaintiff's motion to examine one Julian Jacobs as a witness before trial, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Settle order on notice fixing date for examination to proceed. Motion for a stay dismissed, having become academic by virtue of the decision of this court herein. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.